UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE

DANNY DALRYMPLE                                             CASE NO. 05-51229
GALE DALRYMPLE

DEBTOR(S)

ORDER

The Court having considered the Application for Order Directing Payment of Funds to Creditor/Claimant [ECF No. 48], and finding the Application does not provide supporting documentation to establish the claim,

It is ORDERED the movant shall provide 1) a notarized, original power of attorney signed by the claimant to include the date said signature was acknowledged, and 2) a statement from Nissan Motor Acceptance Corp. of Ms. Brown's authority to act on their behalf within fourteen (14) days or the Application shall be overruled.

Copy to:

Nissan Motor Acceptance Corporation
c/o Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA  98065

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Thursday, May 12, 2016
(tnw)